UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARIO ROBERTO LIMA JIMENEZ,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL NESSINGER, et al.<br><br>Respondents. | ) | C.A. No. 1:26-cv-841-MSM-AEM |

**JUDGMENT**

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to this Court's Order entered on November 24, 2026, and in accordance with Fed. R. Civ. P. 58, judgment is hereby entered denying as moot Petitioner Mario Roberto Lima Jimenez's Petition for Writ of Habeas Corpus.

It is so ordered.

November 24, 2026

By the Court:

/s/ Hanorah Tyer-Witek
Clerk of Court